# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RODNEY L. WHITE

NO. 2022 KW 0057

**APRIL 13, 2022**

---

In Re: Rodney L. White, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-99-0127.

---

**BEFORE: McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the "Motion to annul and/or Quash Nunc Pro Tunc," the district court's ruling on the motion, the indictment, the commitment order, all pertinent transcripts and/or minute entries, and any other portions of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling. In the event relator elects to file a new application with this court, the application must be filed on or before June 7, 2022.

Moreover, as an indigent inmate, relator is entitled to receive certain court documents, such as his guilty plea transcript, the bill of information or indictment, commitment papers, court minutes for various portions of the trial, and minutes of his sentencing, free of charge without the necessity of establishing a particularized need. See **State ex rel. Simmons v. State,** 93-0275 (La. 12/16/94), 647 So.2d 1094 (per curiam). For all other documents, the inmate is required to establish a "particularized need" by properly filing an application for postconviction relief, which sets out specific claims of constitutional errors requiring the requested documentation for support. See **State ex rel. Bernard v. Criminal District Court Section "J",** 94-2247 (La. 4/28/95), 653 So.2d 1174, 1175 (per curiam); **State ex rel. McKnight v. State,** 98-2258 (La. App. 1st Cir. 12/3/98), 742 So.2d 894, 895 (per curiam).

**PMc**
**JEW**

**Holdridge, J.,** concurs and would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT